UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EMMANUEL LEE GATHRIGHT,

Petitioner,

v.

RALPH DIAZ,

Respondent.

CASE NO. CV 20-03721 DMG (RAO)

JUDGMENT

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  January 4, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE